# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SABRANINO ALTRANINO THOMPSON,<br><br>Defendant. | Case No. CR10-0093<br><br>ORDER DENYING MOTION DIRECTING COUNSEL TO RETURN FILES |

This matter comes before the Court on the Motion for an Order Directing Counsel to Return Defendant's Files and Records (docket number 135) filed *pro se* by the Defendant, Sabranino A. Thompson, on August 7, 2012; the Response to Motion for File and Records (docket number 136) filed by attorney David Nadler on August 7, 2012, and the Reply (docket number 137) filed by Defendant on August 27, 2012.

On October 27, 2011, Defendant was sentenced to 300 months' imprisonment after being found guilty of four drug-related offenses. Defendant's conviction and sentence were affirmed by the Eighth Circuit Court of Appeals on July 25, 2012. In his instant motion, Defendant asks that the Court issue an order directing his attorney, David N. Nadler, "to return all of his files and records in this Case to him without further delay." In his response, Mr. Nadler states that he previously provided Defendant with those portions of the file and records permitted by the stipulated discovery order, and has twice attempted to provide those documents to Defendant since he has been in prison. The first package was returned because Defendant "had not made arrangements with the prison to receive the package," but the second package has not been returned. In his reply, Defendant denies receiving the documents.

The appeal in this case has concluded and there is no action pending. Defendant's counsel has twice provided Defendant with those documents which are subject to review. The Court concludes that no further order is required.

## ORDER

IT IS THEREFORE ORDERED that the Motion (docket number 135) filed by Defendant on August 7, 2012 is **DENIED**.

DATED this 29th day of August, 2012.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA